ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
HARVINDER S. ANAND (Cal. State Bar No.: 243913)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2624
     Facsimile: (213) 894-6269
     E-mail:  harvinder.anand@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-963(A)-PSG |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER CONTINUING TRIAL DATE AND MAKING FINDINGS REGARDING EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ALLEN DANA, JASON RAY PATTERSON, RONALD GEORGE TOMICH, aka "Ronko Tomich," ISAAC SOUSSANA, aka "Jack Soussana," ISRAEL SOUSSANA, aka "Izzy Soussana," PATRICIA SNUGGS, QUYEN T. KIET, and JONATHAN FLORES GALLARDO, Defendants. | ) CURRENT TRIAL DATE/TIME:  2/26/13 at 9:00 am<br>) CURRENT STATUS CONF. DATE/TIME:  2/11/13 at 10:00 am<br>) PROPOSED TRIAL DATE/TIME:  9/24/13 at 9:00 am<br>) PROPOSED STATUS CONF. DATE/TIME:  9/9/13 at 10:00 am |

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter on February 5, 2013 ("Stipulation").  The Court hereby finds that the Stipulation, which this Court

incorporates by reference into this Order, establishes facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and each defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, the charges in the First Superseding Indictment, the number of defendants, the voluminous discovery, and the existence of novel questions of fact or law, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny each defendant continuity of counsel and would each deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. For defendants Allen Dana, Jason Ray Patterson, Ronald George Tomich, also known as ("aka") "Ronko Tomich," Isaac Soussana, aka "Jack Soussana," Israel Soussana, aka "Izzy Soussana," Patricia Snuggs, and Quyen T. Kiet, the trial in this matter is continued from February 26, 2013, to September 24, 2013. The Court will hold a pretrial conference on September 9, 2013.

2. The time period of February 26, 2013, to September 24, 2013, inclusive, is excluded for the above defendants in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. All defendants shall appear in Courtroom 880 of the Federal Courthouse, 255 E. Temple Street, Los Angeles, California on September 9, 2013, at 10:00 a.m., and on September 24, 2013, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____        _____
DATE                            THE HONORABLE PHILIP S. GUTIERREZ
                                UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
HARVINDER S. ANAND
Assistant United States Attorney