ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (Cal. Bar No. 143755)
BYRON J. MCLAIN (Cal. Bar No. 257191)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637
    Facsimile: (213) 894-6269
    E-mail:    steven.arkow@usdoj.gov
               byron.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON RAY PATTERSON,<br>RONALD GEORGE TOMICH,<br>   aka "Ronko Tomich,"<br>PATRICIA SNUGGS, and<br>QUYEN KIET,<br><br>    Defendants. | No. CR 11-963(A)-PSG<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>**September 30, 2014**<br><br>[PROPOSED] STATUS CONFERENCE:<br>September 8, 2014 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 30, 2014. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding

of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, the charges in the FSI, the number of defendants, the voluminous discovery, and the existence of novel questions of fact or law, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court further finds that pursuant to 18 U.S.C. § 3161(h)(6), the time period of March 4, 2014, to September 30, 2014, constitutes a reasonable period of delay for defendant Snuggs, who is joined for trial with the three co-defendants (i.e. defendants Jason Ray Patterson, Ronald Tomich, and Quyen Kiet) as to whom the time for trial has not run, and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   For defendants Jason Ray Patterson, Ronald George Tomich, Patricia Snuggs, and Quyen Kiet, the trial in this action is continued from March 4, 2014, to September 30, 2014, at 9:00 a.m.

The Court will hold a status conference on September 8, 2014 at 10:00 a.m.

    2. The motion to preclude evidence of alleged victim negligence and the motion to limit opinion testimony of defense real estate expert Alan D. Wallace ("Defense Expert MIL") will be heard at the status conference on September 8, 2014 at 10:00 a.m. so the parties can adequately prepare for trial in this action. The opposition to the Defense Expert MIL is due on August 4, 2014. The government's reply to the Defense Expert MIL is due on August 18, 2014.

    3. The time period of March 4, 2014 to September 30, 2014, inclusive, is excluded for the above defendants in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(6), 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii), and (h)(7)(B)(iv).

    4. All defendants shall appear in Courtroom 880 of the Federal Courthouse, 255 E. Temple Street, Los Angeles, California on September 8, 2014 at 10:00 a.m. for a status conference and on September 30, 2014 at 9:00 a.m. for trial.

    5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

1 | additional time periods from the period within which trial must
2 | commence.
3 |     IT IS SO ORDERED.

```
_____          _____
DATE                                 HONORABLE PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
BYRON J. MCLAIN
Assistant United States Attorney
```